GOLDSMITH & HULL, P.C./Our File No. CDCS437
A Professional Corporation
William I. Goldsmith, State Bar No. 82183
16933 Parthenia Street
Northridge, CA 91343
Telephone:  (818) 990-6600
Telecopier:  (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff
United States of America

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC MOBLEY AKA ERIC WENDELL MOBLEY<br><br>Defendant(s). | Case No. CV12-03685 SJO (JCx)<br><br>ORDER DISMISSING CASE AND RESERVING JURISDICTION |

IT IS HEREBY ORDERED that the above-entitled case is dismissed without prejudice with the Court reserving jurisdiction for the sole purpose of enforcing the terms of the Stipulation For Entry of Judgment Upon Default executed by the parties.

Dated: January 4, 2013

_____
Judge: S. James Otero
United States District Court

*Notice of Settlement*          1